

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL
(212) 416-6211

February 19, 2015

VIA ECF

Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Rossito-Canty v. Cuomo, No. 15-CV-0568 (JBW) (RML)

Dear Judge Weinstein:

  We write to inform the Court that prior to tomorrow's hearing in the above-referenced matter, Governor Cuomo will issue a Proclamation of Election calling for a special election to fill the vacancy in the Eleventh Congressional District in the United States House of Representatives.

            Respectfully submitted,

            Jane R. Goldberg
            Eva L. Dietz
            Assistant Attorneys General

cc: Ronald Castorina, Jr., Esq.